1  Jeanne L. Zimmer (SBN 123321)
   zimmerj@cmtlaw.com
2  Alex Wade (SBN 304022)
   Wadea@cmtlaw.com
3  **CARLSON & MESSER LLP**
   5901 W. Century Boulevard, Suite 1200
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   *SIMM ASSOCIATES, INC.,*
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 | DANIEL RAYRAY, individually | Case No. 2:17-cv-01176-ODW-GJS
11 | and on behalf of all other similarly |
   | situated, | **NOTICE OF SETTLEMENT**
12 |
13 |            Plaintiff, |
14 |       vs. |
15 | SIMM ASSOCIATES, INC., and |
   | DOES 1 through 10, inclusive, |
16 |
17 |            Defendants. |
18

19

20     **PLEASE TAKE NOTICE** that this entire action has been settled.  The parties

21 anticipate that they will complete the settlement, and file a stipulation of dismissal with

22 prejudice, within 45 days from the date of this notice.

23     In light of the settlement, the parties respectfully request that the Court take off

24 calendar all future hearing dates in this case.

25 / / /

26 / / /

27 / / /

28 / / /

|    |    |    |
|----|----|----|
| 1  |    | **CARLSON & MESSER LLP** |
| 2  | DATED:  January 11, 2018 | By:/s/ Alex A. Wade |
| 3  |    | Jeanne L. Zimmer |
| 4  |    | Alex A. Wade |
|    |    | Attorneys for Defendant, |
| 5  |    | *SIMM ASSOCIATES, INC.* |

# **CERTIFICATE OF SERVICE**

I, Alex A. Wade, hereby certify that on this 11th day of January, 2018, a true and accurate copy of the foregoing Notice of Settlement were served via the District Court ECF System on the Following:

Email: abacon@toddflaw.com
tfriedman@toddflaw.com

/s/Alex Wade
Alex Wade
CARLSON & MESSER LLP

CERTIFICATE OF SERVICE